IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN LEE DISNEY,

    Plaintiff,                           No. CIV S-06-1324 DFL KJM P

    vs.

EDDIE YLST, et al.,

    Defendants.                 <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        Plaintiff is a state prisoner seeking relief pursuant to 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        The in forma pauperis statute permits federal district courts to

> authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action . . . and affiant's belief that the person is entitled to redress.

28 U.S.C. § 1915(a)(1). A court may deny leave to proceed in forma pauperis if it appears from

1

1  the face of the proposed complaint that the action is frivolous.  <u>Minetti v. Port of Seattle</u>, 152
2  F.3d 1113 (9th Cir. 1998).  In determining whether an action is frivolous, the court may "pierce
3  the veil of the complaint's factual allegations and dismiss those claims whose factual contentions
4  are clearly baseless."  <u>Neitke v. Williams</u>, 490 U.S. 319, 329 (1989).  Such allegations include
5  those "describing fantastic or delusional scenarios, claims with which federal district judges are
6  all too familiar."  <u>Neitzke</u>, 490 U.S. at 329; <u>see also Hernandez v. Denton</u>, 504 U.S. 25, 33
7  (1992) (finding of frivolousness appropriate when allegations are irrational or wholly
8  incredible).

9       Plaintiff alleges that he entered into a contractual relationship with Eddie Ylst, a
10  former warden of California Medical Facility, and provided five million dollars for the purchase
11  of property around the prison in exchange for a promise of a certain sum of money if plaintiff
12  were to be employed as a correctional sergeant at the prison.  He claims the agreement has been
13  breached.

14       The court finds these allegations frivolous.

15       IT IS HEREBY RECOMMENDED that plaintiff's request to proceed in forma
16  pauperis be denied and the action be dismissed.

17       These findings and recommendations are submitted to the United States District
18  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
19  days after being served with these findings and recommendations, plaintiff may file written
20  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
21  Findings and Recommendations."   Plaintiff is advised that failure to file objections within the
22  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
23  F.2d 1153 (9th Cir. 1991).

24  DATED: April 6, 2007.

                                       U.S. MAGISTRATE JUDGE

1 | 2/disn1324.friv
2 |
3 |
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |