IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE DISNEY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>EDDIE YSLT, *et al.*,<br><br>　　　　　　Defendants. | No. 2:06-cv-01324-JKS-KJM<br><br>ORDER |

　　　　　Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

　　　　　On April 6, 2007, the Magistrate Judge filed Findings and Recommendations, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days.  Plaintiff has filed objections to the Findings and Recommendations.

　　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, with particular attention to those portions relevant or pertinent to the objections raised, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　　Plaintiff alleges that he provided monies in excess of $5.8 million to defendants for various purposes associated with the operation of the California Medical Facility, Vacaville, California, which sums have not been repaid.  Not only are the allegations in the complaint irrational and wholly incredible as described by the Magistrate Judge, but, to the extent that he may be able to state a cause of action, it is a state law breach of contract action or, perhaps, fraud.  Plaintiff's allegations, taken as true, do not establish a violation of the Constitution, law or treaties of the United States.  Consequently, the Court lacks jurisdiction.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Findings and Recommendations filed April 6, 2007, are adopted in full;
2. Plaintiff's request for leave to proceed *in forma pauperis* is DENIED;
3. The complaint is DISMISSED, without prejudice; and
4. The Clerk of the Court to enter final judgment accordingly.

Dated: March 7, 2008.

                                                     s/ James K. Singleton, Jr.
                                                     JAMES K. SINGLETON, JR.
                                                     United States District Judge